**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-MJ-8570-WM

UNITED STATES OF AMERICA

vs.

FABIAN MALDONADO-ALVAREZ,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

                                           Respectfully submitted,
                                           JUAN ANTONIO GONZALEZ
                                           UNITED STATES ATTORNEY

BY: _/s/ Robin Waugh_____
      Robin Waugh
      Assistant United States Attorney
      FLA Bar No.     0537837
      500 South Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561)820-8711
      Email: robin.waugh@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 22-MJ-8570-WM |
| FABIAN MALDONADO-ALVAREZ, | ) |
| | ) |
| Defendant | |

FILED BY ____SW____ D.C.
Dec 7, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of **December 4, 2022,** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry After Removal or Deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, TFO, DHS-HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: **December 7, 2022**

_____
Judge's signature

City and state: **West Palm Beach, Florida**
William Matthewman, U.S. Magistrate Judge
Printed name and title

22-mj-8570-WM

## AFFIDAVIT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Fabian MALDONADO-ALVAREZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about December 4, 2022, Fabian MALDONADO-ALVAREZ was arrested in Palm Beach County, Florida for the offenses of simple battery and child abuse. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Fabian MALDONADO-ALVAREZ is a native and citizen of El Salvador. Records further show that on or about September 21, 2005, Fabian MALDONADO-ALVAREZ was encountered by Border Patrol near Roma, Texas after illegally entering the United States. Fabian MALDONADO-ALVAREZ was processed for removal proceedings and released on own recognizance. Fabian MALDONADO-ALVAREZ failed to appear in immigration court and on or about March 1, 2006, was ordered removed. The Order of Removal was executed on or about September 14, 2010, whereby Fabian MALDONADO-ALVAREZ was removed from the United States and returned to El Salvador.

1

22-mj-8570-WM

5. Fabian MALDONADO-ALVAREZ's fingerprints taken in connection with his December 4, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Fabian MALDONADO-ALVAREZ.

6. A record check was performed in the Computer Linked Application Informational Management System to determine if Fabian MALDONADO-ALVAREZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Fabian MALDONADO-ALVAREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about December 4, 2022, Fabian MALDONADO-ALVAREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __7th__ day of December 2022.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __FABIAN MALDONADO-ALVAREZ_____

Case No: _____

Count #: 1

Illegal Reentry After Removal or Deportation

Title 8, United States Code, Section 1326(a)

* Max. Term of Imprisonment:   2 years' imprisonment
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 1 year supervised release
* Max. Fine:  $250,000 fine

Count #:

_____

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

Count #:

_____

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.